CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 3 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAUN A. GOODE,<br>Petitioner, | Civil Action No. 7:07-cv-00508 |
| v. | FINAL ORDER |
| WARDEN OF WALLENS RIDGE<br>STATE PRISON,<br>Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that the motion to dismiss is **GRANTED**, this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely, petitioner's request for appointment of counsel to assist him in this case is **DENIED** as moot,[3] and that this action is stricken from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This _____ day of January, 2008.

Senior United States District Judge

---

[3] The court has the discretion to appoint counsel in a § 2254 action only upon finding that "the interests of justice so require." See Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B). As the court finds that this petition was not timely filed, the court cannot find that the interests of justice require appointment of counsel.